UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Medhat Adawy

                              Plaintiff,

v.                                                   Case No.: 1:13−cv−06774
                                                          Honorable Mary M. Rowland

Rizza Chevrolet, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2014:

      MINUTE entry before the Honorable Mary M. Rowland:Plaintiff has reported telephonically that the settlement is on course. Status hearing previously set for 5/28/2014 is reset for 6/25/2014 at 09:00 AM. This date will be stricken if Parties file a stipulation to dismiss prior to the next hearing.Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.